```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CLEMENTE ARROYO,<br><br>        Defendant. | CR. 2:09-CR-273 JAM<br><br>STIPULATION AND ORDER SETTING TRIAL SETTING CONFERENCE AND EXCLUDING SPEEDY TRIAL ACT TIME<br><br>Date: May 14, 2013<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

Whereas, on April 18, 2013, the Ninth Circuit Court of Appeals issued its mandate that the judgment of that Court entered March 25, 2013, reversing defendant Clemente Arroyo's convictions and sentences, take effect on that date;

Whereas, as a result of the Ninth Circuit Court of Appeals' ruling, Arroyo is entitled to a new trial and the District Court should conduct a trial setting conference to set a date for the new trial;

Whereas, Michael Chastaine, Esq., defense counsel for Arroyo is not available until May 14, 2013, to attend a trial setting conference,

It is hereby stipulated by and between the parties, through

their respective counsel, that:

1. The District Court shall set a trial setting conference on May 14, 2013, at 9:45 a.m.;

2. The District Court shall exclude time from the date of the parties' stipulation, May 2, 2013, to and including the new May 14, 2013, trial setting conference date from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (continuity of defense counsel); and

3. The District Court shall find that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 2, 2013                BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Samuel Wong
                            By:   _____
                                  SAMUEL WONG
                                  Assistant U.S. Attorney


                                  /s/ Michael Chastaine

                            By:   _____
                                  MICHAEL CHASTAINE
                                  Attorney for defendant
                                  CLEMENTE ARROYO (per phone
                                  authorization)

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defendant continuity of defense counsel.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 2, 2013, to and including the new May 14, 2013, trial setting conference date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (continuity of defense counsel).  It is further ordered that a trial setting conference shall be held on May 14, 2013, at 9:45 a.m.

Dated:    5/2/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge