IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:09-cr-00273 JAM |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| CLEMENTE FERRIAS ARROYO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel attorney, John P. Balazs, is hereby appointed effective, March 11, 2016, the date the Office of the Federal Defender first contacted this attorney.

DATED:  3/11/2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

ORDER APPOINTING COUNSEL            1